THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES GOLD, Appellant, v. SHERIFF OF NEW YORK COUNTY and WARDEN OF THE COUNTY JAIL, NEW YORK COUNTY, Respondents.— Order dismissing a writ of habeas corpus unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

IRVING TRUST COMPANY, as Trustee in Bankruptcy of LILLIAN LINCOLN HARDEE, Respondent, v. MISS L. BROGAN, INC., a New York Corporation and Another, Appellants, Impleaded with Others.— Order entered January 27, 1936, denying motion of defendants-appellants for an order directing a commission for examination under oath on written interrogatories of Frank J. Stich and Ruth P. Durand as witnesses, and instead directing that an open commission be issued for examination of said witnesses, and directing that each party bear one-half of the expenses of such open commission; and order granting motion for a reargument, and, upon reargument, adhering to the original decision and resettling said order of January 27, 1936, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

SAMUEL SWETNICK, Suing for Himself, etc., of THEODORE KLEIN, INC., etc., Plaintiff, v. THEODORE KLEIN and Others, Defendants. FREDERICK E. GOLDSMITH, as Temporary Receiver of Defendant THEODORE KLEIN, INC., Appellant, DAVID C. ANCHIN and Others, Respondents.— Order granting motion of David C. Anchin, Max Block and Max Anchin, Copartners, etc., for an order fixing the compensation of said petitioners for services rendered as accountants for and on behalf of the temporary receiver, and directing the said temporary receiver to pay the sum so fixed to the petitioners; and order granting motion of the temporary receiver for a reargument, and upon reargument, adhering to the original decision, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

CAMILLE GEARY, Plaintiff, v. JOHN RICHARD GEARY, Defendant. JOHN RICHARD GEARY, Appellant; CARUTHERS EWING, as Receiver, and GENERAL ELECTRIC COMPANY, Respondents.— Order granting motion of receiver for an order directing the General Electric Company to continue to deliver to the receiver all moneys in its possession or control, due or to become due to the defendant John Richard Geary, under a pension or retirement plan of said General Electric Company, and enjoining the directors, etc., of General Electric Company from interfering with said receiver in the discharge of his duties, etc., unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Townley and Cohn, JJ.

NATHAN PROBST, JR., Respondent, v. ISAAK FRENKEL, Appellant.— Order granting plaintiff's motion to strike out the answer of the defendant to the amended complaint, unless defendant submits to an examination before trial, unanimously affirmed, with twenty dollars costs and disbursements, unless the defendant consents to a trial of the action on the 19th day of October, 1936, at the head of the jury calendar for that day, and unless defendant submits to examination before trial on September 15, 1936. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.